Docket Number: 90-00700-FGC

========================== Case Information ==========================

341 Meeting: **01/31/91, 9:00 a.m.** at location **#6**
Claim Deadline:   /  /     523(c)/727 Complaint Deadline: 04/01/91
District: VERMONT  District Code: 0210 Office: RUTLAND [5]
Original Filing Date: 12/31/90  Original Chapter:  7

Judge: Conrad, Francis G.  [A346]
Type of Filing: Voluntary                              Nature of Debt: Business
No assets available to creditors.
Fee of  120.00 fully paid.

========================== Debtor Information ==========================

Type of Debtor: Joint

Debtor:                                  Joint Debtor:
SMITH, MICHAEL J.                        SMITH, PAMELA S.

DBA  BAYBERRY CABINET WORKS              DBA  BAYBERRY CABINET WORKS

SSN/EIN: 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                     SSN/EIN: 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

Address:
Box 3402, Monument Ave.Ext.
Bennington, VT 05201

County: BENNINGTON [50003 ]

========================== Attorney Information ==========================

Attorney for Debtor:                     Trustee:
Cormier, James J., Jr.                   Canney, John R.      , III
P.O. Box 26                              60 North Main St, P.O. Box 890
Bennington, VT 05201                     Rutland VT 05702
                                         802-775-2361

========================== Statistical Information ==========================

Estimated Number of Creditors: 16 to 49
Estimated Assets: Under $50,000
Estimated Liabilities: Under $50,000
Form of Business Organization Partnership
Type of Business: Other
Number of Employees: unknown
Number of Equity Security Holders: unknown

Cynthia R. Bellafiore, Esq.
for G.M.A.C.
192 College Street
Burlington, VT 05402

Docket for Case No. 90-00700-FGC

**SMITH, MICHAEL J. (printed 09/10/91 at 09:35)**

| Date | No. | Entry |
|---|---|---|
| 12/31/90 | 1 | Voluntary petition under chapter 7 [NB] |
| 12/31/90 | 2 | Statement of Affairs & Schedules [NB] |
| 12/31/90 | 3 | Complaints Deadline due on 04/01/91 [NB] |
| 12/31/90 | 4 | Notice of 341 meeting on 01/31/91 at 9:00 a.m. at 341 HEARING ROOM, US BANKRUPTCY CT, 67 MERCHANTS ROW, OPERA HOUSE, RUTLAND, VT [NB]<br>Ccs mailed 1/2/91 per m/m. (30 copies) [CB] EOD 01/03/91 |
| 01/10/91 | 5 | Trustee Appointment Order [CB] |
| 01/24/91 | 6 | NOTICE/APPEARANCE/Cynthia R. Bellafiore obo/GMAC [CB] |
| 02/26/91 | 7 | MINUTE REPORT/341 mtg held 1/31/91. NO ASSETS/MTG CLOSED. [CB] |
| 03/11/91 | 8 | Reaffirmation Agreement between debtor & GMAC re 1988 Chevrolet Pickup with Attys Decl. [CB] |
| 03/20/91 | 9 | **Final Report of Trustee in No Asset Case [CB]** |
| 05/02/91 | 10 | ORDER f/Reaff Agrmnt between dbtrs & GMAC on 06/12/91 at 9:30 a.m. at USBC, RTLND, VT [NW]<br>Cpy t/dbtrs,J.Cormier,J.Canney & GMAC [NW] EOD 05/03/91 |
| 05/15/91 | 11 | Reaffirmation Agreement between Debtor & Vermont National Bank re commercial note & security agreement in amt of $7799.74 with Atty's Declaration. Atty requests this hrg be held 6/12/91 at 9:30 am which is same time as another reaff hrg is to be held pertaining to the Debtors [CB] |
| 06/04/91 | 12 | ORDER f/Reaf Hrng w/VT National Bank on 07/16/91 at 9:45 a.m. at USBC, RTLND, VT [JS]<br>Cpy t/J.Cormier f/serv t/prtys in interest. [JS] EOD 06/05/91 |
| 06/12/91 | 13 | REAF/Hrng hld on Agrmnt w/GMAC, dbtrs given 60 day extension to decide if they want to reaffirm or not, if no word from dbtrs Crt assumes they reaffirmed. Discharge t/be delayed f/60 days. [JS] EOD 06/13/91 |
| 07/16/91 | 14 | REAF/Hrng hld re Agrmnt w/VT Nat'l Bank, Dbtrs appeared and rights were explained. [JS] EOD 07/18/91 |
| 07/19/91 | 15 | LTR DTD 7/18/91 frm James J. Cormier Jr, Debtors Atty. advising that the debtor's do wish to reaffirm their debt with GMAC & to retain their truck. [CB] |
| 08/27/91 | 16 | **DISCHARGE OF DEBTOR (31 copies) [NB]** |
| 09/10/91 | 17 | Final Decree Copies to Dbtrs, Dbtrs' Atty, Ttee & USTtee. [NB] |

**DOCKET END**

*[signature]*
FRANCIS G. CONRAD
U.S. BANKRUPTCY JUDGE